1  **EDWARD C. KOONS, SBN 84167**
   **JOHANSON, KOONS & CONSTANTINO, LLP**
2  **1155 High Street**
   **Auburn, CA 95603**
3  **Telephone:   (530) 885-7538**
   **Telecopier:   (530) 885-7559**
4

5  Attorney for Plaintiff BFR ASSOCIATES,
   dba DIAMOND WELL DRILLING CO.
6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| **UNITED STATES, For the Use of BFR ASSOCIATES, a California Limited Partnership, dba DIAMOND WELL DRILLING CO.,** | **CIVIL CASE NO.   2:06-CV-00200 MCE-EFB** |
| **Plaintiff,** | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE and ORDER THEREON** |
| vs. | |
| **MARJORIE BRUCE, Individually and doing business as MIB ENTERPRISES; et al.,** | |
| **Defendants.** / | |

        Plaintiff and defendant MARJORIE BRUCE have entered into a written settlement agreement, which required MARJORIE BRUCE to make a payment of a certain sum of money to Plaintiff in full satisfaction of Plaintiff's claims.  Defendant MARJORIE BRUCE has fully performed that settlement agreement, and accordingly Plaintiff and Defendants stipulate as follows:

        1. The complaint in this matter should be dismissed forthwith, with prejudice;

        2. Each party to this action shall bear its/his/her own legal fees and costs.

///

///

///

---
1
Stipulation and Order Dismissing Action

DATED:   September 12, 2006

**JOHANSON, KOONS & CONSTANTINO, LLP**


/s/ Edward C. Koons
EDWARD C. KOONS
Attorney for Use Plaintiff, BFR ASSOCIATES,
a California Limited Partnership, dba
DIAMOND WELL DRILLING CO.


**LAW OFFICE OF BARRY H. SPITZER**


/s/ Barry H. Spitzer
BARRY H. SPITZER
Attorney for Defendants MARJORIE BRUCE,
T. J. BRUCE and FINANCIAL PACIFIC INS. CO.

**ORDER DISMISSING ACTION WITH PREJUDICE**

The parties having so stipulated, the court hereby orders that:

1. The complaint in this matter is hereby dismissed, with prejudice;

2. Each party to this action shall bear its/his/her own legal fees and costs.


Date:   September 29, 2006


_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE